U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
DECEMBER 10, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6927

| In the Matter of | Case Number: |
|---|---|
| Corrie Cunningham, as Special Administrator of The Estate of Hansel Cunningham, III, Deceased. vs. TASER International, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TASER International, Inc.

JUDGE ASPEN
MAGISTRATE JUDGE DENLOW

| NAME (Type or print) |
|---|
| John R. Maley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John R. Maley |
| FIRM |
| BARNES & THORNBURG LLP |
| STREET ADDRESS |
| 11 South Meridian Street |
| CITY/STATE/ZIP |
| Indianapolis, IN 46204-3535 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1430089 | (317) 236-1313 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐