**FILED**

**DECEMBER 10, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6927**

In the Matter of                                                           Case Number:

Corrie Cunningham, as Special Administrator of The Estate of
Hansel Cunningham, III, Deceased,
vs.
TASER International, Inc., a corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TASER International, Inc.

**JUDGE ASPEN
MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| **NAME (Type or print)**<br>David T. Ballard | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ David T. Ballard | |
| **FIRM**<br>BARNES & THORNBURG LLP | |
| **STREET ADDRESS**<br>One N. Wacker Drive, Suite 4400 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6274508 | **TELEPHONE NUMBER**<br>(312) 357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |