**FILED**
**DECEMBER 10, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6927**

| | | |
|---|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) ) | Judge: |
| TASER INTERNATIONAL, INC., a corporation, | ) ) ) ) | Magistrate Judge: |
| Defendant. | ) ) ) | Removed from the Circuit Court of Cook County, Illinois, Law Division Case No. 07 L 013054 |

**JUDGE ASPEN**
**MAGISTRATE JUDGE DENLOW**

## DISCLOSURE STATEMENT OF DEFENDANT TASER INTERNATIONAL, INC.

Defendant, TASER International, Inc. ("TASER"), by its attorneys, Barnes & Thornburg LLP, pursuant to Fed. R. Civ. P. 7.1(a) and United States District Court for the Northern District of Illinois, Eastern Division, Local Rule 3.2, makes the following disclosure statement:

1. TASER has no parent corporation and no publicly held company owns 10 percent or more of TASER's stock.

Respectfully submitted,

TASER International, Inc.

John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317)231-7433

By: _____
One of Its Attorneys

David T. Ballard
James E. Michel
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

CHDS01 437299v1