RFB/SMM/SPD/lac          05-0152

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased,<br><br>        Plaintiff,<br>v.<br><br>TASER INTERNATIONAL, INC., a corporation,<br><br>        Defendant. | No. 07 C 6927<br>Judge Aspen |

## NOTICE OF MOTION

**TO:**   ALL ATTORNEYS OF RECORD.  SEE ATTACHED CERTIFICATE OF SERVICE.

YOU ARE HEREBY NOTIFIED that on ***Thursday, January 3, 2008,*** at ***10:30 a.m.*** in ***Room 2568,*** 219 S. Dearborn Street, Chicago, Illinois, I shall appear before the ***Honorable Marvin E. Aspen***, or any Presiding Judge in that stead in the United States District Court, Illinois, and shall then and there present the attached ***PLAINTIFF'S MOTION TO REMAND CASE TO ILLINOIS STATE COURT.***

                                          s/Richard F. Burke, Jr.
                                          Clifford Law Offices, P.C.
                                          Attorney for Plaintiff
                                          120 North LaSalle Street
                                          Suite 3100
                                          Chicago, Illinois 60602
                                          ARDC No: 6281984
                                          Telephone:  (312) 899-9090
                                          Fax: (312) 251-1160
                                          E-mail: smm@cliffordlaw.com

**CERTIFICATE OF SERVICE**

_____I hereby certify that on December 21, 2007, I electronically filed *PLAINTIFF'S MOTION TO REMAND CASE TO ILLINOIS STATE COURT,* with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

*CORRIE CUNNINGHAM, as Personal Representative of the Estate of HANSEL CUNNINGHAM, Deceased v. TASER INTERNATIONAL, INC., a corporation*
*Our File No.: 05-0152A*
*USDC Northern Dist., Eastern Div. No.: 07 C 6927*
*Judge Aspen; Magistrate Judge Denlow*
*(Prev. Cook County Court No.: 07 L 013054)*

---

***ATTORNEYS FOR DEFENDANT: TASER INTERNATIONAL, INC., a corporation***
John R. Maley
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313      FAX    (317)
jmichel@btlaw.com

David T. Ballard
James E. Michel
BARNES & THORNBURG, LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313      FAX    (312) 759-5646
dballard@btlaw.com