UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Corrie Cunningham
                        Plaintiff,

v.                                              Case No.: 1:07−cv−06927
                                                         Honorable Marvin E. Aspen

Taser International, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/2/08:Defendant is to respond to plaintiff's motion to remand case to Illinois State Court [12] on or before 1/14/08. Plaintiff is to reply by 1/18/2008. The status hearing set for 1/24/08 is stricken. Ruling is set for 2/28/2008 at 10:30 AM. The motion hearing set for 1/3/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.