RFB/SMM/SPD/lac          05-0152

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, <br><br> Plaintiff, <br> v. <br><br> TASER INTERNATIONAL, INC., a corporation, <br><br> Defendant. | No. 07 C 6927 <br> Judge Aspen |

## NOTICE OF MOTION

**TO:**   ALL ATTORNEYS OF RECORD.  SEE ATTACHED CERTIFICATE OF SERVICE.

YOU ARE HEREBY NOTIFIED that on ***Thursday, January 24, 2008***, at ***10:30 a.m.*** in ***Room 2568,*** 219 S. Dearborn Street, Chicago, Illinois, I shall appear before the ***Honorable Marvin E. Aspen***, or any Presiding Judge in that stead in the United States District Court, Illinois, and shall then and there present the attached ***PLAINTIFF'S MOTION FOR MINOR MODIFICATION OF BRIEFING SCHEDULE.***

                                                                        s/Richard F. Burke, Jr.
                                                                        Clifford Law Offices, P.C.
                                                                        Attorney for Plaintiff
                                                                        120 North LaSalle Street
                                                                        Suite 3100
                                                                        Chicago, Illinois 60602
                                                                        ARDC No: 6281984
                                                                        Telephone:  (312) 899-9090
                                                                        Fax: (312) 251-1160
                                                                        E-mail: rfb@cliffordlaw.com

## CERTIFICATE OF SERVICE

_____I hereby certify that on January 18, 2008, I electronically filed *PLAINTIFF'S MOTION FOR MODIFICATION OF BRIEFING SCHEDULE,* with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

*CORRIE CUNNINGHAM, as Personal Representative of the Estate of HANSEL CUNNINGHAM, Deceased v. TASER INTERNATIONAL, INC., a corporation*
*Our File No.: 05-0152A*
*USDC Northern Dist., Eastern Div. No.: 07 C 6927*
*Judge Aspen; Magistrate Judge Denlow*
*(Prev. Cook County Court No.: 07 L 013054)*

---

***ATTORNEYS FOR DEFENDANT: TASER INTERNATIONAL, INC., a corporation***
John R. Maley
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313     FAX   (317)
jmichel@btlaw.com

David T. Ballard
James E. Michel
BARNES & THORNBURG, LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313     FAX   (312) 759-5646
dballard@btlaw.com