## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Corrie Cunningham
                        Plaintiff,

v.                                     Case No.: 1:07−cv−06927
                                     Honorable Marvin E. Aspen

Taser International, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/22/08:Plaintiff's Motion for extension of time [16] to file reply to defendant's response in opposition to plaintiff's motion to remand, until 1/22/08. is granted. Motion terminated. The motion hearing set for 1/24/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.