**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CORRIE CUNNINGHAM, as Special | ) | |
| Administrator of the Estate of | ) | |
| HANSEL CUNNINGHAM, III, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6927 |
| | ) | Judge Aspen |
| | ) | |
| TASER INTERNATIONAL, INC., a corporation, | ) | |
| Defendant. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

**TO:**    John R. Maley, BARNES & THORNBURG, LLP, 11 South Meridian Street, Indianapolis, IN 46204, jmichel@btlaw.com

David T. Ballard and James E. Michel, BARNES & THORNBURG, LLP, One N. Wacker Drive, Suite 4400, Chicago, IL 60606, dballard@btlaw.com

I hereby certify that on the **22nd** day of ***January, 2008,*** I served via CM/ECF Electronic Filing: ***PLAINTIFF'S REPLY TO DEFENDANT, TASER INTERNATIONAL, INC.'s RESPONSE to PLAINTIFF'S MOTION TO REMAND,*** to the above-referenced attorneys of record.

s/ Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
Attorney for Plaintiff
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
ARDC No: 6281984
Telephone:  (312) 899-9090
Fax: (312) 251-1160
E-mail: smm@cliffordlaw.com