# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Corrie Cunningham

                Plaintiff,

v.                                          Case No.: 1:07−cv−06927
                                               Honorable Marvin E. Aspen

Taser International, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 3/4/2008, and continued to 6/23/09 at 10:30 a.m. The Court adopts the defendant's proposed discovery plan (Doc. No. 21), except for items 2d(iv), (v) (vi) and (vii). Parties are to file a joint pretrial order in open court on 6/23/09 at 10:30 a.m. Real date. No extensions of time will be granted. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.