**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased,  )<br>)<br>)<br>)<br>Plaintiff,　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>)<br>)<br>TASER INTERNATIONAL, INC., a corporation, )<br>Defendant.　　　　　　)  | No. 07 C 6927<br><br>Judge Aspen |

**CERTIFICATE OF SERVICE**

**TO:**　John R. Maley, BARNES & THORNBURG, LLP, 11 South Meridian Street, Indianapolis, IN 46204, jmichel@btlaw.com

David T. Ballard and James E. Michel, BARNES & THORNBURG, LLP, One N. Wacker Drive, Suite 4400, Chicago, IL 60606, dballard@btlaw.com

I hereby certify that on the **28th** day of **March, 2008,** I served via email and via regular U. S. Mail: **PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO FRCP RULE 26(a)(1),** to the above-referenced attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　s/ Shannon M. McNulty
　　　　　　　　　　　　　　　　　　　　　　CLIFFORD LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　120 North LaSalle Street
　　　　　　　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　ARDC No: 6281984
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 899-9090
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 251-1160
　　　　　　　　　　　　　　　　　　　　　　E-mail: smm@cliffordlaw.com