**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 07 C 6927 Judge Aspen |
| TASER INTERNATIONAL, INC., a corporation, Defendant. | ) ) ) | |

**CERTIFICATE OF SERVICE**

**TO:**  John R. Maley, BARNES & THORNBURG, LLP, 11 South Meridian Street, Indianapolis, IN 46204, jmichel@btlaw.com

David T. Ballard and James E. Michel, BARNES & THORNBURG, LLP, One N. Wacker Drive, Suite 4400, Chicago, IL 60606, dballard@btlaw.com

I hereby certify that on the *7th* day of *April, 2008,* I served via CM/ECF Electronic Filing: ***PLAINTIFF'S RESPONSE TO DEFENDANT TASER INTERNATIONAL, INC.'S FIRST SET OF REQUEST FOR ADMISSION,*** to the above-referenced attorneys of record.

s/ Richard F. Burke, Jr.
CLIFFORD LAW OFFICES, P.C.
Attorney for Plaintiff
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
ARDC No: 03121588
Telephone: (312) 899-9090
Fax: (312) 251-1160
E-mail: rfb@cliffordlaw.com