RFB/SMM/SPD/nko        05-0152

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, <br><br>       Plaintiff, <br> v. <br><br> TASER INTERNATIONAL, INC., a corporation, <br><br>       Defendant. | No. 07 C 6927 <br> Judge Aspen |

## NOTICE OF MOTION

**TO:**   ALL ATTORNEYS OF RECORD
         (*PLEASE SEE CERTIFICATE OF SERVICE ATTACHED HERETO*)

   YOU ARE HEREBY NOTIFIED that on ***Tuesday, May 27, 2008***, at ***10:30 a.m.*** in ***Room 2568, 219 South Dearborn Street, Chicago, Illinois***, I shall appear before the ***Honorable Marvin E. Aspen***, or any Presiding Judge in that stead in the United States District Court, Illinois, and shall then and there present the attached ***Motion To Voluntarily Dismiss.***

                                    s/Shannon M. McNulty
                                    Clifford Law Offices, P.C.
                                    Attorney for Plaintiff
                                    120 North LaSalle Street
                                    Suite 3100
                                    Chicago, Illinois 60602
                                    ARDC No: 6281984
                                    Telephone: (312) 899-9090
                                    Fax: (312) 251-1160
                                    E-mail: smm@cliffordlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on **May 13, 2008**, I electronically filed *Plaintiff's Motion To Voluntarily Dismiss,* with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

***CORRIE CUNNINGHAM, as Personal Representative of the Estate of HANSEL CUNNINGHAM, Deceased v. TASER INTERNATIONAL, INC., a corporation***
*Our File No.: 05-0152A*
*USDC Northern Dist., Eastern Div. No.: 07 C 6927*
*Judge Aspen; Magistrate Judge Denlow*
*(Prev. Cook County Court No.: 07 L 013054)*

---

***ATTORNEYS FOR DEFENDANT: TASER INTERNATIONAL, INC., a corporation***
John R. Maley
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313     FAX   (317)
jmichel@btlaw.com

David T. Ballard
James E. Michel
BARNES & THORNBURG, LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313     FAX   (312) 759-5646
dballard@btlaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 07 C 6729 ) Judge Aspen |
| TASER INTERNATIONAL, INC., a corporation, | ) ) |
| Defendant. | ) |

## MOTION TO VOLUNTARILY DISMISS

NOW COMES the Plaintiff, CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, by and through his attorneys, CLIFFORD LAW OFFICES, P.C., and moves this Honorable Court to Voluntarily Dismiss Defendant, TASER INTERNATIONAL, INC., a corporation, from this cause of action without prejudice and without costs.

ATTORNEYS FOR PLAINTIFF:
s/Shannon M. McNulty
Richard F. Burke, Jr.
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
ARDC No.: 6281984