IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, </br></br>Plaintiff, </br></br>v. </br></br>TASER INTERNATIONAL, INC., a corporation, </br></br>Defendant. | ) ) ) ) ) ) ) ) No. 07 C 6927 ) Judge Aspen ) ) ) ) |

## MOTION TO VOLUNTARILY DISMISS

NOW COMES the Plaintiff, CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, by and through his attorneys, CLIFFORD LAW OFFICES, P.C., and moves this Honorable Court to Voluntarily Dismiss Defendant, TASER INTERNATIONAL, INC., a corporation, from this cause of action without prejudice and without costs.

ATTORNEYS FOR PLAINTIFF:
s/Shannon M. McNulty
Richard F. Burke, Jr.
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
ARDC No.: 6281984