RFB/SMM/SPD/nko          05-0152

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>)<br>TASER INTERNATIONAL, INC., a corporation,  )<br>)<br>Defendant.  ) | No. 07 C 6927<br>Judge Aspen |

**NOTICE OF MOTION**

**TO:**   ALL ATTORNEYS OF RECORD
     (*PLEASE SEE CERTIFICATE OF SERVICE ATTACHED HERETO*)

   YOU ARE HEREBY NOTIFIED that on **_Tuesday, May 27, 2008_**, at **_10:30 a.m._** in **_Room 2568, 219 South Dearborn Street, Chicago, Illinois_**, I shall appear before the **_Honorable Marvin E. Aspen_**, or any Presiding Judge in that stead in the United States District Court, Illinois, and shall then and there present the attached *Motion To Voluntarily Dismiss.*

                    s/Shannon M. McNulty
                    Clifford Law Offices, P.C.
                    Attorney for Plaintiff
                    120 North LaSalle Street
                    Suite 3100
                    Chicago, Illinois 60602
                    ARDC No: 6281984
                    Telephone: (312) 899-9090
                    Fax: (312) 251-1160
                    E-mail: smm@cliffordlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on **May 14, 2008**, I electronically filed ***Plaintiff's Motion To Voluntarily Dismiss,*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

***CORRIE CUNNINGHAM, as Personal Representative of the Estate of HANSEL CUNNINGHAM, Deceased v. TASER INTERNATIONAL, INC., a corporation***
***Our File No.: 05-0152A***
***USDC Northern Dist., Eastern Div. No.: 07 C 6927***
***Judge Aspen; Magistrate Judge Denlow***
***(Prev. Cook County Court No.: 07 L 013054)***

---

***ATTORNEYS FOR DEFENDANT: TASER INTERNATIONAL, INC., a corporation***
John R. Maley
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313     FAX    (317)
jmichel@btlaw.com

David T. Ballard
James E. Michel
BARNES & THORNBURG, LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313     FAX    (312) 759-5646
dballard@btlaw.com