**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Corrie Cunningham
                    Plaintiff,

v.                                    Case No.: 1:07−cv−06927
                                      Honorable Marvin E. Aspen

Taser International, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 5/21/08:Plaintiffs' motion to voluntarily dismiss [26] noticed for hearing for 5/27/08 is reset to 5/29/08 at 10:30 a.m. The motion hearing set for 5/27/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.