UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Corrie Cunningham
                Plaintiff,

v.　　　　　　　　　　　　　　Case No.: 1:07−cv−06927
　　　　　　　　　　　　　　　Honorable Marvin E. Aspen

Taser International, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 5/27/08:Plaintiffs' Motion to voluntarily dismiss [26] is granted. Motion terminated. Defendant, Taser International, Inc., a corporation, is dismissed from this cause of action without prejudice and without costs. The status hearing and for filing of the joint pretrial order set for 6/23/08 is stricken. The motion hearing set for 5/29/08 is stricken. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.