RFB/SMM/SPD/nko        05-0152

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>TASER INTERNATIONAL, INC., a corporation,  )<br><br>Defendant.  ) | No. 07 C 6927<br>Judge Aspen |

### ORDER

**THIS CAUSE COMING ON TO BE HEARD** on the Motion of the Plaintiff, CORRIE CUNNINGHAM, as Special Administrator of the Estate of HANSEL CUNNINGHAM, III, Deceased, to Voluntarily Dismiss Defendant, TASER INTERNATIONAL, INC., a corporation, from this cause of action without prejudice and without costs, due notice having been given, the Court being fully advised in the premises and having jurisdiction herein;

**IT IS HEREBY ORDERED:** that said motion is granted and Defendant, TASER INTERNATIONAL, INC., a corporation, is dismissed from this cause of action without prejudice and without costs.

Dated: 5/27/08

_____
Honorable Marvin E. Aspen

ATTORNEYS FOR PLAINTIFF:
Richard F. Burke, Jr.
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
ARDC No.: 6281984